# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| CHARLES F. TUCKER,<br><br>*Plaintiff,*<br><br>v.<br><br>Warden LAWRENCE WHITTINGTON, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:22-cv-00423-TES-CHW |

## ORDER ADOPTING THE UNITED STATES
## MAGISTRATE JUDGE'S RECOMMENDATION

Before the Court is the United States Magistrate Judge's Order and Recommendation ("O&R") [Doc. 33], recommending that the Court grant Defendant Warden Lawrence Whittington's Motion for Judgment on the Pleadings [Doc. 20] and dismiss Plaintiff Charles Tucker's claims for failure to exhaust administrative remedies.[1] Because Plaintiff did not file a timely objection, the Court reviews the O&R for clear error. *See* 28 U.S.C. § 636(b)(1)(C) *in connection with* Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the O&R [Doc. 33], the Court **ADOPTS** it and **MAKES IT THE ORDER OF**

---

[1] As a result, because Plaintiff has no remaining claims and discovery is no longer warranted, the magistrate judge denied as futile the parties' respective motions for an extension of time to complete discovery. [Doc. 33, p. 9]; *see* [Doc. 21]; [Doc. 31].

**THE COURT**. Accordingly, the Court **GRANTS** Defendant's Motion for Judgment on the Pleadings [Doc. 20] and **DISMISSES** Plaintiff's claims **without prejudice**.

**SO ORDERED**, this 23rd day of July, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
